IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | Case No. BK 10-82442 |
| | ) | (Chapter 7) |
| WILLIAM E. JULIEN, | ) | |
| | ) | **SUPPLEMENTAL ORDER AND** |
| Debtor. | ) | **JUDGMENT** |

This matter comes before the Court on the Second Application for Allowance of Compensation and Reimbursement of Expenses ("the Second Application") filed herein by Cline Williams Wright Johnson & Oldfather, L.L.P. ("Cline Williams"), attorneys for the Official Committee of Unsecured Creditors (the "Committee") (Doc. 578) and the objections thereto by U.S. Bank, N.A. (Doc. 584) and the Office of the United States Trustee (Doc. 585) (collectively, the "Objections"). The Court deferred ruling on that portion of the Second Application which sought the allowance of fees and costs totaling $3,537.20 pending resolution of the objection by the United States Trustee (Doc. 599, 600). The Court is advised that the objection of the United States Trustee has been withdrawn. Upon due consideration of the Application, the Court finds as follows.

1.  The Court is advised that the objection of the United States Trustee to that portion of the Second Application which sought the allowance of fees and costs totaling $3,537.20 has been withdrawn.

2.  The Court hereby enters Judgment in favor of Cline Williams and against William E. Julien in the amount of $3,537.20, which shall be in addition to the judgment entered on December 3, 2014 in the amount of $3,889.56 as further set forth in the Order at Doc. 600 and the Order and

Judgment at Doc. 599 and which shall be in addition to the Judgment entered on June 18, 2014 in the amount of $11,087.50 at Doc. 565.

      3.    The Court further finds and orders that the Order of Judgment entered herein should be designated a final judgment in light of no just reason for delay in such designation.

      4.    The Court further finds and orders that, with the exception of the additional amounts awarded herein, nothing set forth in this Order shall operate to alter or amend the Order and Judgment entered herein on at Doc. 599 that resolved U.S. Bank's Motion Concerning Certain Administrative Expense Orders, filed at Doc. 589.

IT IS SO ORDERED this 19 day of February, 2015.

BY THE COURT:

_____
Thomas L. Saladino
Chief Judge

Approved as to form and content:

/s/ Jerry L. Jensen  
Jerry L. Jensen  
Attorney for U.S. Trustee  
Roman L. Hruska U.S. Courthouse  
111 S. 18th Plaza, Suite 1148  
Omaha, NE 68102

/s/ Thomas O. Ashby  
Thomas O. Ashby, #17610  
Baird Holm LLP  
1700 Farnam Street  
1500 Woodmen Tower  
Omaha, NE 68102-2068

Prepared and submitted by:  
Richard P. Garden, Jr. #17685  
CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P.  
1900 U.S. Bank Building  
233 South 13th Street  
Lincoln, NE  68508-2095

4845-4926-5698, v. 1  
DOCS/1343905.2